

13 CIV 2501

David H. Bernstein (dhbernstein@debevoise.com)
Michael Schaper (mschaper@debevoise.com)
Christopher J. Hamilton (cjhamilton@debevoise.com)
Zheng Wang (zwang@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
(212) 909-6696 (telephone)
(212) 521-7696 (facsimile)

Attorneys for Plaintiff Bayer HealthCare LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

BAYER HEALTHCARE LLC,                          :
                                               :
                              Plaintiff,        :
                                               :     13-cv-_____
              v.                               :     ECF CASE
                                               :
SERGEANT'S PET CARE PRODUCTS, INC.,            :
                                               :
                              Defendant.        :
                                               :
                                               ::
---------------------------------------------------------------------X

RECEIVED
APR 15 2013
U.S.D.C.
CASHIERS

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of this Court to evaluate possible disqualification or recusal, the

undersigned counsel certifies with respect to Bayer HealthCare LLC, a private non-

governmental party, that its corporate parent is Bayer Corporation, which is a wholly-

owned subsidiary of Bayer Aktiengesellschaft, which is a publicly-traded German entity,

and that no other publicly held corporations hold 10% or more of Bayer HealthCare

LLC's stock.

Dated: New York, New York
      April 15, 2013

                               Respectfully submitted,

                               DEBEVOISE & PLIMPTON LLP

By: _____
        David H. Bernstein
        (dhbernstein@debevoise.com)
        Michael Schaper
        (mschaper@debevoise.com)
        Christopher J. Hamilton
        (cjhamilton@debevoise.com)
        Zheng Wang
        (zwang@debevoise.com)
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Plaintiff Bayer HealthCare*
*LLC*