AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Bayer HealthCare LLC | ) ) ) ) ) | **13 CIV 2501** |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 13-cv- |
| Sergeant's Pet Care Products, Inc. | ) ) ) ) | JUDGE RAKOFF |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sergeant's Pet Care Products, Inc.
2637 South 158th Plaza
Omaha, Nebraska 68130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Schaper
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: 04/15/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __SERGENT'S PET CARE PRODUCTS, INC__
was received by me on *(date)* __APRIL 15, 2013__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __GARRETT KALLHOFF__, who is
designated by law to accept service of process on behalf of *(name of organization)* __SERGENTS PET CARE PRODUCTS, INC__
on *(date)* __04-15-2013__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __04-16-2013__

__Barbara Steil__
Server's signature

__BARBARA STEIL, PROCESS SERVER__
Printed name and title

__6131 South 58th St. Bldg C, Lincoln, NE 68516__
Server's address

Additional information regarding attempted service, etc: