UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
:
BAYER HEALTHCARE LLC, :
:
         Plaintiff, : Case No. 13-cv-2501 (JSR)
:
         v. :
: **NOTICE OF APPEARANCE**
SERGEANT'S PET CARE PRODUCTS, INC., : **OF PAUL W. GARRITY**
:
         Defendant. :
---------------------------------------------------------------- x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Paul W. Garrity of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Defendant Sergeant's Pet Care Products, Inc. I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York    Respectfully submitted,
       April 23, 2013

                             **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

                             By: /s/ Paul W. Garrity
                                   Paul W. Garrity

                             30 Rockefeller Plaza
                             New York, New York 10112
                             Telephone: (212) 653-8700
                             pgarrity@sheppardmullin.com

                             *Attorneys for Defendant Sergeant's Pet Care Products, Inc.*

## CERTIFICATE OF SERVICE

I, Tyler E. Baker, hereby certify that, on April 23, 2013, I caused true and correct copies of the annexed **Notice of Appearance of Paul W. Garrity,** to be served upon the following:

**VIA ECF**

David H. Bernstein
Michael Schaper
Christopher Hamilton
Zheng Wang
Tel: (212) 909-6000
Fax: (212) 909-6836
dhbernstein@debevoise.com
mschaper@debevoise.com
cjhamilt@debevoise.com
zwang@debevoise.com
*Attorneys for Plaintiff*
*Bayer Healthcare Inc.*

DATED:  New York, New York
        April 23, 2013

                                    /s/ Tyler E. Baker
                                    Tyler E. Baker