UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
BAYER HEALTHCARE LLC,

    Plaintiff,

   v.

SERGEANT'S PET CARE PRODUCTS, INC.,

    Defendant.
-------------------------------------------------------------- x

Case No. 13-cv-2501 (JSR)

**NOTICE OF APPEARANCE OF MARK E. McGRATH**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Mark E. McGrath of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Defendant Sergeant's Pet Care Products, Inc. I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
   April 23, 2013

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ Mark E. McGrath
   Mark E. McGrath

30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
mmcgrath@sheppardmullin.com

*Attorneys for Defendant Sergeant's Pet Care Products, Inc.*

## **CERTIFICATE OF SERVICE**

I, Mark E. McGrath, hereby certify that, on April 23, 2013, I caused true and correct copies of the annexed **Notice of Appearance of Mark E. McGrath,** to be served upon the following:

**VIA ECF**

David H. Bernstein
Michael Schaper
Christopher Hamilton
Zheng Wang
Tel:  (212) 909-6000
Fax:  (212) 909-6836
dhbernstein@debevoise.com
mschaper@debevoise.com
cjhamilt@debevoise.com
zwang@debevoise.com
*Attorneys for Plaintiff*
*Bayer Healthcare Inc.*

DATED:   New York, New York
              April 23, 2013

                                                 /s/ Mark E. McGrath
                                          MARK E. MCGRATH