UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

BAYER HEALTHCARE LLC,

            Plaintiff,

          v.

SERGEANT'S PET CARE PRODUCTS, INC.,

            Defendant.

------------------------------------------------------------ x

Case No. 13-cv-2501 (JSR)

**DEFENDANT SERGEANT'S PET CARE PRODUCTS INC. RULE 7.1 <u>DISCLOSURE STATEMENT</u>**

        Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Sergeant's Pet Care Products, Inc., (a private non-governmental party) certifies that Defendant Sergeant's Pet Care Products, Inc. is wholly owned by Perrigo Co., and that Perrigo Co. is a publicly traded corporation, and that no person or entity owns more than 10% of Perrigo Co.'s stock.

Dated: New York, New York
       May 6, 2013

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ Paul W. Garrity
      Paul W. Garrity
      Mark E. McGrath

30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
pgarrity@sheppardmullin.com
mmcgrath@sheppardmullin.com

*Attorneys for Defendant Sergeant's Pet Care Products, Inc.*