# Curriculum Vitae

**DANIEL M. ENNIS**
The Institute for Perception • 7629 Hull Street Road • Richmond, Virginia 23235
Telephone: 804-675-2980 • Fax: 804-675-2983 • Email: daniel.m.ennis@ifpress.com

## EDUCATION

B. Agr. Sc. (1972) University College Dublin, Ireland
Ph.D. (1975) and M.S. (1974) Food Science and Biometrics, University of Maryland
  Research Area: Environmental Microbiology
D.Sc. (1991) Mathematical and Statistical Psychology, Wageningen University, The Netherlands
  Research Area: Probabilistic Models of Perception

## AFFILIATED PROFESSORSHIPS

Department of Foods and Nutrition, University of Illinois, Champaign, Illinois
Department of Physiology, Medical College of Virginia, Richmond, Virginia

## 2013 AWARDS

The Institute of Food Technologists Achievement Award in Sensory and Consumer Science
The ASTM David R. Peryam Award for excellence in Sensory Science

## EMPLOYMENT

***The Institute for Perception - Richmond, Virginia (1994 – Present)***
  Founder and President. Develops advanced research tools for human perceptual measurement and applies them to industrial problems. Client services include project management and the application of quantitative methods in product development, quality assurance and market research. Actively involved in contributing papers to peer-reviewed journals, teaching short courses and seminars to industrial participants, and developing proprietary software.

***Philip Morris USA - Richmond Virginia (1979 – 1994)***
  Managed several groups including those involved in statistical services and consumer product/concept testing. Developed new methods and published research in psychometrics. Awarded the Philip Morris Distinguished Scientist Award (presented at the TCRC) in 1991 for mathematical models of human perception. Patented an algorithm for high speed machine vision inspection in manufacturing. Other contributions included: Pricing research and guidance to management in support of a major price reduction initiative; consulting on innovation management; and coordination of an international program of academic research on smoking behavior.

***Frito-Lay, Dallas, Texas (1978-1979)***
  Product development scientist.

***University of Guelph, Ontario, Canada (1976-1978)***
  Assistant Professor. Courses in Statistical Quality Control and Beverage Technology.

## CATEGORY EXPERIENCE

  *Product testing*: Alcoholic beverages, tobacco, food and beverage products, fine fragrances, air care, home and furniture care, insect repellents, personal care, laundry products, and hearing aids.
  *Legal (including advertising claim and trademark disputes)*: Floor care products, pet foods, motion sickness products, tooth whitening, bank names, cell phones, sweeteners, insect repellants, diaper pails, cat litter products, pregnancy tests. Provide pro-bono consulting for the NAD (National Advertising Division of the Council of Better Business Bureaus.) Teach a course annually on product testing for claims support. Consulted on statistical analysis of art valuation in an international art fraud case.

## PROFESSIONAL MEMBERSHIPS

Society for Mathematical Psychology, Institute of Food Technologists, Association for Chemoreception Sciences, American Society for Testing and Materials (ASTM), American Statistical Association, The Psychometric Society.

## REVIEWER FOR JOURNAL SUBMISSIONS

Journal of Mathematical Psychology, Psychometrika, Sensory Studies, J. Food Science, Food Quality and Preference, Perception and Psychophysics, Psychological Science, J. Experimental Psychology, Food Technology.

## REFEREED PUBLICATIONS

### Psychometrics and Mathematical and Statistical Psychology

Ennis, D. M. & Ennis, J. M. (2013 *in press*). Analysis and Thurstonian scaling of applicability scores. *Journal of Sensory Studies.*

Ennis, D. M. & Ennis, J. M. (2013). A Thurstonian ranking model with rank-induced dependencies. *Journal of Classification*. 30, 124-147

Ennis, J. M., Fayle, C. M., & Ennis, D. M. (2012). Assignment-minimum clique coverings. *Journal of Experimental Algorithmics (JEA)*. **17**(1), 1.5:1-1.5:17.

Ennis, J. M., & Ennis, D. M. (2012). A comparison of three commonly used methods for treating no preference votes. J*ournal of Sensory Studies*, **27**(2), 123-129.

Ennis, D. M. & Ennis, J. M. (2012). Accounting for no difference/preference responses or ties in choice experiments. *Food Quality and Preference*, **23**(1), 13-17.

Ennis, D.M. (2006). Sources and influence of perceptual variance: Comment on Dzhafarov's regular minimality principle. *Journal of Mathematical Psychology*, **50**, 66-73.

Ashby, F. G., and Ennis, D. M. (2002). A Thurstone-Coombs model of concurrent ratings with sensory and liking dimensions. *Journal of Sensory Studies*, **17**, 43-59.

Rousseau, B., and Ennis, D.M. (2002). The multiple dual pair method. *Perception & Psychophysics*, **64**, 1008-1014.

Rousseau, B., and Ennis, D. M. (2001). A Thurstonian model for the dual pair (4IAX) discrimination method. *Perception & Psychophysic*s, **63**, 1083-1090.

Bi, J., and Ennis, D. M. (2001). Statistical models for the A-Not A method. *Journal of Sensory Studies*, **16**, 215-237.

Bi, J., and Ennis, D. M. (2001). The power of the A-Not A method. *Journal of Sensory Studies*, **16**, 343-359.

Ennis, J. M., Ennis, D. M., Yip, D., and O'Mahony, M. (1998). Thurstonian models for variants of the method of tetrads. *British Journal of Mathematical and Statistical Psychology*, **51**, 205-215.

Ennis, D. M., and O'Mahony, M. (1995). Probabilistic models for sequential taste effects in triadic choice. *Journal of Experimental Psychology: Human Perception and Performance*, **21**(5), 1-10.

Ennis, D. M., and Johnson, N. L. (1994). A general model for preferential and triadic choice in terms of central F distribution functions. *Psychometrika*, **59**(1), 91-96.

Geelhoed, E.N., MacRae, A.W., and Ennis, D. M. (1994). Preference gives more consistent judgments than oddity only if the task can be modeled as forced choice. *Perception & Psychophysics*, **55**(4), 473-477.

Ennis, D. M. (1993). A single multidimensional model for discrimination, identification, and preferential choice. *Acta Psychologica*, **84**, 17-27.

Ennis, D. M. (1993). The power of sensory discrimination methods. *Journal of Sensory Studies*, **8**, 353-370.

Ennis, D.M., and Ashby, F.G. (1993). The relative sensitivities of same-different and identification judgment models to perceptual dependence. *Psychometrika*, **58**(2), 257-279.

Ennis, D. M., and Johnson, N. L. (1993). Thurstone-Shepard similarity models as special cases of moment generating functions. *Journal of Mathematical Psychology*, **37**(1), 104-110.

Ennis, D. M., and Mullen, K., (1992). A general probabilistic model for triad discrimination, preferential choice, and two-alternative identification. In F. Gregory Ashby (Ed.), *Multidimensional Models of Perception and Cognition*, Mahwah , NJ: Lawrence Erlbaum Associates.

Ennis, D. M., and Mullen, K. (1992). Probabilistic psychophysics with noisy stimuli. *Mathematical Social Sciences*, **23**, 221-234.

Ennis, D. M. (1992). Modeling similarity and identification when there are momentary fluctuations in psychological magnitudes. In F. Gregory Ashby (Ed.), *Multidimensional Models of Perception and Cognition*, Mahwah, NJ: Lawrence Erlbaum Associates.

Mullen, K., and Ennis, D. M. (1991). A simple multivariate probabilistic model for preferential and triadic choices. *Psychometrika*, **56**(1), 69-75.

Ennis, D. M. (1990). The relative power of difference testing methods in sensory evaluation. *Food Technology*, **44**, 114, 116 & 117.

Ennis, D. M., Mullen, K., Fritjers. J. E. R. and Tindall, J. (1989). Decision conflicts: Within-trial resampling in Richardson's method of triads. *British Journal of Mathematical and Statistical Psychology Society*, **42**, 265-269.

Ennis, D. M., Palen, J., and Mullen, K. (1988). A multidimensional stochastic theory of similarity. *Journal of Mathematical Psychology*, **32**(4), 449-465.

Ennis, D. M. (1988). Confusable and discriminable stimuli: Comments on Nosofsky (1986) and Shepard (1986). *Journal of Experimental Psychology: General*, **117**(4), 408-411.

Mullen, K., Ennis, D. M., de Doncker, E., and Kapenga, J. A. (1988). Models for the duo-trio and triangular methods. *Biometrics*, **44**, 1169-1175.

Ennis, D.M. (1988). Toward a universal law of generalization. (Technical comment on Shepard, Science, 237: 1317). *Science*, **242**, 944.

Ennis, D. M., Mullen, K. and Fritjers, J. E. R. (1988). Variants of the method of triads: Unidimensional Thurstonian models. *British Journal of Mathematical and Statistical Psychology*, **41**, 25-36.

Ennis D.M., and Mullen, K. (1987). A psychophysical-decision model for sensory difference detection methods. *New York Academy of Sciences*, **510**, 265-267.

Mullen, K., and Ennis, D. M. (1987). Mathematical formulation of multivariate Euclidean models for discrimination methods. *Psychometrika*, **52**(2), 235-249.

Kapenga, J.A., Mullen, K., de Doncker, E., and Ennis, D. M. (1987). The integration of the multivariate normal density function for the triangular method. In P. Keast and G. Fairweather (Eds.), *Numerical Integration*, Boston, MA:  Reidel Publishing Company, 321-328.

Ennis, D. M., and Mullen, K. (1986). A multivariate model for discrimination methods. *Journal of Mathematical Psychology*, **30**(2), 206-219.

Ennis, D.M., & Mullen, K. (1986). Theoretical aspects of sensory discrimination. *Chemical Senses*, **11**, 513-522.

Ennis, D. M., and Mullen, K. (1985). The effects of dimensionality on results from the triangular method. *Chemical Senses*, **10**(4), 605-608.

*Statistics*

Ennis, J. M., Fayle, C. M., & Ennis, D. M. (2012). eTURF: A competitive TURF algorithm for large datasets. *Food Quality and Preference*, 23(1), 44-48.

Ennis, J. M. & Ennis, D. M. (2012). Justifying count-based comparisons. *Journal of Sensory Studies*, 27(2), 130-136.

Ennis, J.M. and Ennis, D.M. (2011). Confidence bounds for multiplicative comparisons. *Communications in Statistics - Theory and Methods*, **40**, 3049-3054.

Ennis, D.M. and Ennis, J.M. (2010). Equivalence hypothesis testing. *Food Quality and Preference,* **21**, 253-256.

Ennis, D. M. & Ennis, J. M. (2010). Equivalence hypothesis testing: Reply to Bi. *Food Quality and Preference*, **21**, 261.

Ennis, D.M. and Ennis, J.M. (2009). Hypothesis testing for equivalence based on symmetric open intervals. *Communications in Statistics,* **38**(*11*), 1792-1803.

Ennis, D., Ennis, J., Palen, J., Lampe, R. (2008). Confidence Bounds for Positive Ratios of Normal Random Variables. *Communications in Statistics - Theory and Methods*, **37**, 307-317.

Ennis, D. (2008). Rejoinder to Bi and Meyners. *Food Quality and Preference,* **19**, 347-348.

Ennis, D. (2008). Response to Bi, J. (2007). Similarity testing using paired comparison method. Food Quality and Preference 18 , 500–507. *Food Quality and Preference,* **19**, 344.

Ennis, D. (2008). Tables for Parity Testing. *Journal of Sensory Studies*, **23**, 80 –91.

Bi, J., and Ennis, D.M. (2001). Exact beta-binomial tables for small experiments. *Journal of Sensory Studies*, **16**(3), 319-325.

Bi, J., Templeton-Janick, L., Ennis, J., and Ennis, D.M. (2000). Replicated difference and preference tests: How to account for inter-trial variation. *Food Quality and Preference*, **11**(4), 269-273.

Bi, J., and Ennis, D. M. (1999). Beta-binomial tables for replicated difference and preference tests. *Journal of Sensory Studies*, **14**, 347-368.

Ennis, D. M., and Bi, J. (1999). The Dirichlet-Multinomial Model: Accounting for inter-trial variations in replicated ratings. *Journal of Sensory Studies*, **14**, 321-345.

Bi, J., and Ennis, D. M. (1999). The power of sensory discrimination methods used in replicated difference and preference tests. *Journal of Sensory Studies*, **14**, 289-302.

Bi, J., and Ennis, D.M., (1998). A Thurstonian variant of the beta-binomial model for replicated difference tests. *Journal of Sensory Studies*, **13**, 461-466.

Ennis, D.M., and Bi, J. (1998). The beta-binomial model: Accounting for inter-trial variation in replicated difference and preference tests. *Journal of Sensory Studies*, **13**, 389-412.

Ennis, D. M., and Johnson, N. L. (1993). Noncentral and central chi-square, *F* and beta distribution functions as special cases of the distribution function of the indefinite quadratic form. *Communication in Statistics - Theory and Methods*, **22**(3), 897-905.

Mullen, K., and Ennis, D. M. (1985). Fractional factorials in product development. *Food Technology*, **39**(5), 90,92,94,97-98, 100, & 102-103.

Mullen, K., and Ennis, D. M. (1979). Rotatable designs in product development. *Food Technology*, **33**(7), pp. 74, 75, 78, 79, and 80.

*Chemistry, Chemical Senses, and Pharmacokinetics*

Ennis, D.M. (2000). Molecular mixture models: Connecting molecular events to perception. P. Given and D. Paredes, (Eds.), In *Chemistry of Taste:  Mechanisms, Behavior, and Mimics*, San Francisco, CA: American Chemical Society.

Ennis, D. M. (1996). A general molecular model for the effect of multi-component mixtures on biological systems. *Food Chemistry*, **56**(3), 329-335.

Rosett, T. R., Wu, Z., Schmidt, S. J., Ennis, D. M., and Klein, B.P. (1995). KCl, CaCl2, Na+ Binding, and Salt Taste of Gum Systems, *Journal of Food Science*, **60**(4), 849-853, 867.

Ennis, D. M. (1992). Kinetic models of sweet taste. *Trends in Food Science & Technology*, **3**, 169-173.

Ennis, D. M. (1991). Molecular mixture models based on competitive and non-competitive agonism. *Chemical Senses*, **16**(1), 1-17.

Ennis, D. M. (1989). A receptor model for binary mixtures applied to the sweetness of fructose and glucose: De Graaf and Frijters revisited, *Chemical Senses*, **14**(4), 597-604.

Seeman, J. I., Ennis, D. M., Vecor, H. V., Clawson, L., and Palen, J. (1989). The perceptual similarity of substituted benzenes and pyridines as a function of steric hindrance, *Chemical Senses*, **14**(3), 395-405.

Parrish, M.E., Reilley, C.R., Good, B. W., Hsu, F.S., Hatch, F. W., Ennis, D.M., Douglas, D.R., Shelton, J.H., and Watson, D.C. (1981). Computer-enhanced high-resolution gas chromatography for the discriminative analysis of tobacco smoke. *Analytical Chemistry*, **53**, 826-831.

### *Marketing, Sensory Evaluation, Food Quality, Management*

Ennis, D.M.  (2012). Invention and Innovation.  Chapter in *Tool Box for Innovating Products: A Field Guide to Consumer Understanding and Research,* Wiley-Blackwell.

Nestrud, M. A., Ennis, J. M., Fayle, C. M., Ennis, D. M., & Lawless, H. T. (2011). Validating a graph theoretic screening approach to food item combinations. *Journal of Sensory Studies*, 26(5), 331-338.

Ennis, D.M. and Ennis, J.M.  (2011). Accounting for difference/preference responses or ties in choice experiments.  *Food Quality and Preference*, in press.

Ennis, D.M., and Rousseau, B. (2004). Motivations for product consumption: Application of a probabilistic model to adolescent smoking.  *Journal of Sensory Studies,* **19**(2)**,** 107-117.

Ennis, D.M. (2003).  Foundations of sensory science. In H.R. Moskowitz, A.M. Munoz and M.C. Gacula (Eds.), *Viewpoints and Controversies in Sensory Science and Consumer Product Testing*. Trumbull, CT:  Food & Nutrition Press.

Ennis, D. M., and Bi, J. (2000).  Multivariate quality control with applications to sensory data. *Journal of Food Quality*, **23**, 541-552.

Ennis, D. M. (1998). Foundations of sensory science and a vision for the future. *Food Technology*, **52**(7), 78-84, 89.

Kim, K., Ennis, D. M., and O'Mahony, M. (1998). A new approach to category scales of intensity II: Use of d' values. *Journal of Sensory Studies*, **13**, 251-267.

Bi, J., and Ennis, D. M. (1998). Sensory thresholds: Concepts and methods. *Journal of Sensory Studies*, **13**, 133-148.

Bi, J., Ennis, D. M., O'Mahony, M. (1997). How to estimate and use the variance of d' from difference tests. *Journal of Sensory Studies*, **12**, 87-104.

Tedja, S., Nonaka, R., Ennis, D. M., and O'Mahony, M. (1994). Triadic discrimination testing: Refinement of Thurstonian and sequential sensitivity analysis approaches. *Chemical Senses,* **19**(4), 279-301.

Ennis, D. M. (1988). Multivariate sensory analysis. *Food Technology*, **42**, 118, 120-122.

Beane, T. P., and Ennis, D.M. (1987). Market segmentation: A review. *European Journal of Marketing*, **21**(5), 20-42.

Mendell, S., and Ennis, D.M. (1985) Looking at innovation strategies. Research Management, **28** (3)**,** 33-40.

Anthoney, K., Ennis, D. M., and Cook, P. (1984). Lemon juice color evaluation: Sensory and instrumental Studies. *Journal of Food Science*, **49**(6), 1435-1437.

Ennis, D. M., Boelens, H., Haring, H., and Bowman, P. (1982). Multivariate analysis in sensory evaluation, *Food Technology*, **36**(11), 83-90.

Ennis, D.M., Keeping, L., Chin-Ting, J., and Ross, N. (1979). Consumer evaluation of the interrelationships between the sensory components of orange juices and drinks. *Journal of Food Science*, **44**(4), 1011-1012, 1016.

Ennis, D.M., and O'Sullivan, J. (1979). Cucumber quality - a review. *Journal of Food Science*, **44**(1), 186-189, 197.

Ennis, D.M., and O'Sullivan, J. (1979). Sensory quality of cucumbers before and after brining. *Journal of Food Science*, **44**, 847-849

*Environmental Science*

Ennis, D.M., Kramer, A., Jameson, C.W., Mazzocchi, P.H., and Bailey, W.J. (1978).  Structural factors influencing the biodegradation of imides.  *Applied and Environmental Microbiology*, **35**(1). 51-53.

Ennis, D.M., Kramer, A., Mazzocchi, P.H., Jameson, C.W., and Bailey, W. (1975). Synthetic n-releasing biodegradable soil conditioners.  *HortScience*, **10**(5), 505-506.

Ennis, D.M., and Kramer, A. (1975). A rapid microtechnique for testing the biodegradability of nylons and related polyamides. *Journal of Food Science,* **40**, 181-185.

Ennis, D.M., and Kramer, A. (1974). Bacteria capable of degrading polymeric and low molecular weight amides. *Proc. IV Int. Congress Food Sci. and Technol.*, **Vol III**, 423-426.

## BOOKS

Ennis, D.M., Rousseau, B. and Ennis, J.M.  (2011). *Short Stories in Sensory and Consumer Science*, Richmond, VA: The Institute for Perception.

Ennis, D.M., and Mullen, K. (1980). *The operating characteristics curve manual*, Boston, MA: G.K. Hall.

Puri, S., Mullen, K., and Ennis, D.M. (1979). *Statistical quality control for food and agricultural scientists*, Boston, MA: G.K. Hall.

## PATENTS

Ennis, D.M. (1993). Image inspection method and apparatus. *U.S. Patent* 5,208,870.

Ennis, D.M. (1978). Synthetic N-releasing soil conditioner. *U.S. Patent,* 4,066,431.

Ennis, D.M. (1981). Process for improving soil structure. *Canadian Patent*, 1,099,942.

## MEETINGS AT WHICH PAPERS WERE PRESENTED

International Congress of Food Science and Technology (Madrid, Spain, 1974), Institute of Food Technologists Annual Meeting (numerous; selected as the Scientific Lecturer for the Sensory Evaluation Division, 1998), Society for Mathematical Psychology (numerous), Psychometrics Society (1989), Chemical Senses (numerous), AMA Advanced Research Techniques Forum (Monterey, CA, 2000 and Santa Fe, NM, 2007), Sensory Science Symposium - Pangborn Conference (Davis, CA, 1995; Boston, MA, 2003, Minneapolis, 2007), American Society for Testing and Materials (numerous), Sensometrics (Edinburgh, Scotland, 1994; Davis, CA, 2004, St. Catharines, Ontario, 2008), American Chemical Society (San Francisco, CA, 1989), Joint Statistical Meetings (Washington DC, 2009), NAD Conference (New York, 2011).

## TECHNICAL REPORTS PUBLISHED IN THE INSTITUTE FOR PERCEPTION'S NEWSLETTER, IFPress®
### *(Available at www.ifpress.com)*

Rousseau, B. and Ennis, D.M.  (2011).  Illuminating Product by Demographic Interactions.  **14**(3), 2-3

Ennis, J.M., Fayle, C.M. and Ennis, D.M. (2011).  From Many to Few: A Graph Theoretic Screening Tool for Product Developers.   **14**(2), 2-3

Ennis, D.M. and Ennis, J.M.  (2011). How to Set Identicality Norms for No Preference Data.  **14**(1), 2-3.

Ennis, D.M. and Ennis, J.M. (2010).  How to Account for "No Difference / Preference" Counts.  **13**(3), 2-3.

Ennis, J.M., Fayle, C.M. and Ennis, D.M. (2011).  Optimum Product Selection for a Drivers of Liking Project.  **13**(1),2-3

Ennis, D.M.  (2009)  Scaling First-Last, MaxDiff and Best-Worst Data. **12**(3), 2-3.

Ennis, J.M. and Ennis, D.M. (2009).  Multiplicative versus Ratio Comparisons.  **12**(2), 2-3

Casale, M.B. and Ennis, D.M. (2009).  Brand Effects on the Landscape of Consumer Experience. **12**(1), 2-3.

Ennis, D.M. and Ennis, J.M. (2008).  New Developments in Equivalence Testing. **11**(4), 2-3.

Rousseau, B. and Ennis, D.M. (2008).  An Application of Landscape Segmentation Analysis to Blind and Branded Data. **11**(3), 2-3.

Ennis, J.M. and Ennis, D.M. (2008).  Conditional Ratio Statements.  **11**(2), 2-3.

Rousseau, B. and Ennis, D.M. (2008).  Improving the Cost and Speed of Product Innovation.  **11**(1), 2-3.

Casale, M.B. and Ennis, D.M. (2007).  Category Learning and Feedback in Panel Training.  **10**(4), 2-3.

Rousseau, B. and Ennis, D.M. (2007).  Why Proportion of Discriminators is Method-Specific.  **10**(3), 2-3.

Ennis, D.M. (2007).  Do consumers have multiple ideals depending on usage occasions? **10**(2), 2-3

Lampe, R. and Ennis, D.M. (2007).  Discovering Time-Dependent Trends.  **10**(1), 2-3

Ennis, D.M. (2006).  Parity Claims.  **9**(4), 2-3

Ennis, D.M. (2006).  Making ratio statements about product improvements.  **9**(2),  2-3

Anderson, L. and Ennis, D.M.  (2006). Identifying emerging opportunities in consumer markets.  **9**(1), 2-3.

Ennis, D.M.  (2005). Relative scales and difference testing norms.  **8**(3), 2-3.

Ennis, D.M.  (2005). Analytic approaches to accounting for individual ideal points **8**(2), 2-3.

Ennis, D.M.  (2005). Measuring product performance/image tradeoffs.  **8**(1), 2-3.

Ennis, D.M.  (2004). From ranks to intensities.  **7**(4), 2-3.

Rousseau, B. and Ennis, D.M. (2004).  Product concept fit.  **7**(3), 2-3.

Ennis, D.M. (2004). Competitive strategies in product portfolio design.  **7**(1), 2-3.

Ennis, D.M. (2003). Just-about-right scales.  **6**(3), 2-3.

Ennis, D.M. (2003). Designing new product portfolios.  **6**(2), 2-3.

Ennis, D.M., and Anderson, J.L. (2003). Identifying latent segments.  **6**(1), 2-3.

Ennis, D.M., and Rousseau, B. (2002). Motivations for product consumption. **5**(3), 2-3.

Rousseau, B., and Ennis, D.M. (2002). Multivariate difference testing with multiple samples. **5**(2), 2-3.

Rousseau, B., and Ennis, D.M. (2002). Discrimination testing with multiple samples. **5**(1), 2-3.

Ennis, D.M. (2001). Probabilistic multidimensional scaling. **4**(3), 2-3.

Rousseau, B., and Ennis, D.M. (2001). How retasting can improve the power of product testing. **4**(2), 2-3.

Ennis, D.M. (2001). Drivers of Liking® for multiple segments.  **4**(1), 2-3.

Ennis, D.M. (2000). Population thresholds. **3**(2), 2-3.

Ennis, D.M., and Bi, J. (2000). Multivariate sensory quality control. **3**(1), 2-3.

Bi, J., and Ennis, D.M. (1999). Models for the A-Not-A method. **2**(4), 2-3.

Ennis, D.M. (1999). Thurstonian models for intensity ratings. **2**(3), 2-3.

Ennis, D.M. (1999). Multivariate preference mapping. **2**(2), 2-3.

Ennis, D.M. (1999). Molecular mixture models: Accounting for synergy in sweet tastes mixtures. **2**(1), 2-3.

Bi, J., and Ennis, D.M. (1998). Models for replicated ratings. **1**(4), 2-3.

Ennis, D.M. (1998). Thurstonian scaling for difference tests. **1**(3), 2-3.

Bi, J., and Ennis, D.M. (1998). Replicated difference and preference testing with applications to claims support. **1**(2), 2-3.

Ennis, D.M., and Bi, J. (1998). Drivers of Liking®. **1**(1), 2-3.

## SHORT COURSES PRESENTED

**1992**
*Basic Principles of Sensory Measurement*
Chicago, Illinois; Princeton, New Jersey

**1993**
*Basic Principles of Sensory Difference Testing*
Princeton, New Jersey; Stanford, California; Chicago, Illinois; Longboat Key, Florida

**1994**
*Foundations of Product Testing Methodology*
Sea Island, Georgia; Williamsburg, Virginia (June & Nov); Louisville, Kentucky

**1995**
*Foundations of Product Testing Methodology*
Sea Island, Georgia
*Foundations of Product & Concept Measurement*
*Tools to Measure and Relate Sensory Panel and Consumer Data*
Hilton Head, South Carolina

**1996**
*Foundations of Product & Concept Measurement*
*Tools to Measure and Relate Sensory Panel and Consumer Data*
Hilton Head, South Carolina; Sea Island, Georgia

**1997**
*Foundations and Tools of Product and Concept Measurement*
*Current Topics in Sensory and Consumer Science*
*Product Optimization*
Sea Island, Georgia

**1998**
*Foundations and Tools of Product and Concept Measurement*
*Drivers of Liking® and How to Optimize Products*
Sea Island, Georgia
*Foundations and Tools of Product and Concept Measurement*
*Drivers of Liking and Preference*
White Sulphur Springs, West Virginia

**1999**
*Foundations and Tools of Product and Concept Measurement*
*Drivers of Liking® and Preference*
White Sulphur Springs, West Virginia

**1999-2006 (Annually)**
*Current Topics in Sensory and Consumer Science (1999-2004)*
*Tools and Applications of Sensory and Consumer Product Testing (2005-2006)*
*Multivariate Mapping and Drivers of Liking® (2005-2006)*
Paris, France (2003 only)
Sea Island, Georgia
White Sulphur Springs, West Virginia

**2007-2009**
*Tools and Applications of Sensory and Consumer Product Testing*
*Seeing the Market through the Eyes of the Consumer*
Sea Island, Georgia (2007)
Williamsburg, Virginia (2008, 2009)
White Sulphur Springs, West Virginia (2007-2009)
Munich, Germany (2008)
Madison, Wisconsin (2008)
Chicago, Illinois (2008 and 2009)
Tarrytown, New York (2009)
New Orleans, Louisiana (2008) [Invited Pre-IFT short course]
*Application of the Concept of Ideal Points*
New Orleans, Louisiana (2008) [Invited Pre-IFT short course]
*Descriptive Analysis and Panel Training: Towards a New Approach*
Anaheim, California (2009) [Invited Pre-IFT short course]

**2010-2012**
- *Sensory Product and Concept Testing:  Analyses, Applications and Computer Workshop*
  Williamsburg, Virginia (2010, 2011)
- *Drivers of Liking®, Segmentation and Portfolio Optimization*
  White Sulphur Springs, West Virginia (2010, 2011)
- *Sensory Testing for Product Development and Claims Support*
  New Orleans, Louisiana (2011) [Invited Pre-IFT short course]
- *Advertising Claims Support:  Case Histories and Principles*
  Sea Island, Georgia (2012)

## INSTITUTIONS REPRESENTED AT DR. ENNIS' SHORT COURSES & WORKSHOPS

A. C. Humko
Abbott Labs - Ross Div.
Adacta Mkt & Ricerche
Ahold USA
American Maize Product Co.
AmSid International
Amway Corp.
Arbor Inc.
Arrowhead Mills, Inc.
Aurora Foods
Avon Products, Inc.
Bath & Body Works
Beiersdorf AG
Best Foods
Biotechnological Institute, Denmark
Block Drug Co.
Blockbuster Entertainment
Blyth, Inc.
Borden Foods Corp.
British American Tobacco
Brooks Food Group
Brown Forman Beverages
Brown and Williamson
Bunge Foods Corp.
Bush Brothers & Co.
Cadbury/Schweppes
Campbell Soup Co.
Campden & Corleywood
Chase Manhattan Bank
Chew Tech
Church & Dwight Co. Inc.
Clorox Co.
Coca-Cola Company
Colgate Palmolive Co.
Colmar Brunton
Combe Inc.
ConAgra Foods
Coors Brewing Co.
Cornell University
CPC International
Cryovac
Danone Vitapole
David Michael & Co.
Degussa Flavors
Delmonte Fresh Produce
DESA-ISETA
Diageo
Dominos Pizza LLC
Dragoco, Inc.
DSM Food Specialties
Duckworth's
E. & J. Gallo Winery
Earthgrains Company
Elite Industries Ltd.
Elma Chips
Estee Lauder Cos.
EWHA Womans University
Fachhochschule Neubrandenburg
Firmenich Inc.
Fiskeriforskning
FMC Foodtech
Food Perspectives
Friesland Coberco Dairy Foods
Frito-Lay, Inc.
Geo-Centers
Georgia Pacific Corporation
Gerber Product Co.
Givaudan Flavors
H. E. Butt Grocery Co.
Haarman & Reimer
Heineken
Helene Curtis Inds. Inc.
Hershey Foods Corp.
Hills Pet Nutrition, Inc.
Hoffmann-LaRoche, Inc.
Hunt-Wesson
Int'l Flavors & Fragrances
Interbrew
Instituto Technologica de Varacarus, Mexico
J. Reckner Associates
Jim Beam Brands Co.
Johnson & Johnson
Kal Kan Foods, Inc.
Kalsec, Inc.
Kansas State University
Kellogg Co.
Kerry Ingredients
Kimberly Clark Corp.
Kraft Foods, Inc.
Kronenbourg
Labatt Breweries
Land O'Lakes, Inc.
L'Oreal Recherche
M & M Mars Inc.
Malacoleaf
Malt-O-Meal
Marc Inc.
Market Facts Inc.
Marketing Research Svcs
Massalin Particulares S.A
Masterfoods
Matforsk
McCormick & Co. Inc.
McDonald's Corp.
McKee Foods Corp.
McNeil Speciality Foods
Mead Johnson Nutritionals
Miller Brewing Co.
Minute Maid
Mississippi State University
Monsanto, Inc.
Morningstar (Dean Foods)
Nabisco, Inc.
National Advertising Division (NAD)
NC State University
Nestec
Nestle
Nova Southeastern Univ.
Ocean Spray Cranberries, Inc.
Ohio State University
Oregon State University
Oscar Mayer Foods Corp.
Palatex, Inc.
Papa John's Int'l, Inc.
Pedigree Master Foods
Pepsi-Cola Company
Pert Survey Research
Peryam & Kroll
Pfeizer Inc.
Philip Morris Companies Inc.
Planters Lifesavers
Procter & Gamble Co.
Prod. Dynamics Inc.
Product Perceptions Ltd.
Proskauer Rose LLP
PSA Peugeot Citroen
Qi Statistics
Quaker Oats Co.
Quest International
R.J. Reynolds Tobacco
Reebok Int'l, Ltd.
Rexall Sundown
Rich-SeaPak Corp.
RJR Nabisco Inc.
Ross Labs
Rothman, Benson & Hedges
Royal Vet. and Agri. Institute, Denmark
S.C. Johnson & Son Inc.
Sadia S.A.
Sara Lee
(SAM) Sensory and Marketing
Schick/Wilkerson
Seagrams
Senomyx, Inc.
SenseTest
Sensient Flavors Inc.
Sensory Dimensions
Sensory Solutions
Shell
Shuster Labs., Inc.
Starbucks Coffee Co.
Stoner Inc.
Sunchon National University
Taco Bell Corporation
Takasago International
The Dannon Co. Inc.
The Dial Corp.
The Gillette Company
The Iams Co.
The Institute for Sensory Research
The Mennen Co.
The NutraSweet Co.
The Pillsbury Company
The Stroh Brewery Co.
Tiax LLC
TNS/Teleseker MTR
Tree Top. Inc.
Tropicana Products, Inc.
Twentieth Century Mutual Funds
Tyson Foods, Inc.
U.S.D.A. at NC State
Uncle Ben's Australia
Unilever
United Biscuits, UK
Universal Flavors
University of California
University of Illinois Urbana Champaign
University of Maine
University of Minnesota
University of Missouri
University of Pretoria
V&S Vin & Sprit AB
Vinquiry Inc.
Wageningen Centre for Food Sciences
Wells Dairy Inc.
Wendy's Int'l Inc.
Wild Flavors, Inc.
Winona Research
Wm. Wrigley Jr. Co.