<u>Dr. Daniel M. Ennis  -  List of Expert Witness Cases</u>

*Church & Dwight Co., Inc. v. The Clorox Company,* 11 Civ. 1865 (JSR), United States District Court for the Southern District of New York.

*Munchkin, Inc. v. Playtex Products, LLC,* CV 11-00503 AHM (RZx) (and related actions), United States District Court for the Central District of California.

*SPD Swiss Precision Diagnostics GMBH, v. Church & Dwight Co., Inc.,* 3:09-CV-01802 (MAS)(TJB) and  3:10-CV-00276 (MAS)(TJB), United States District Court for the District of New Jersey.

*The Commissioner of Competition  v.  CHATR Wireless, Inc. and Rogers Communications, Inc.,* CV-10-8993-00CL, Ontario Superior Court of Justice Commercial List. *(APPLICATION UNDER Section 74.1(1) of the Competition Act, R.S.C. 1985, c. C-34, as amended and Rule 14.05(2) of the Rules of Civil Procedure)*