THIS EXHIBIT IS REDACTED

IN ITS ENTIRETY