UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
: 
BAYER HEALTHCARE LLC, :
:
       Plaintiff/ :
       Counter-defendant : Case No. 13-cv-2501 (JSR)
:
       v. : **NOTICE OF APPEARANCE**
: **OF SARAH E. ABERG**
SERGEANT'S PET CARE PRODUCTS, INC., :
:
       Defendant :
       Counterclaimant. :
------------------------------------------------------------- x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Sarah E. Aberg of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Defendant Sergeant's Pet Care Products, Inc. I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York     Respectfully submitted,
May 15, 2013

                               **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**


                               By:  /s/ Sarah E. Aberg
                                         Sarah E. Aberg

                               30 Rockefeller Plaza
                               New York, New York 10112
                               Telephone:  (212) 653-8700
                               mmcgrath@sheppardmullin.com

                               *Attorneys for Defendant Sergeant's Pet Care Products, Inc.*

SMRH:200860919.1

## CERTIFICATE OF SERVICE

I, Sarah E. Aberg, hereby certify that, on May 15, 2013, I caused true and correct copies of the annexed **Notice of Appearance of Sarah E. Aberg,** to be served upon the following:

**VIA ECF**

David H. Bernstein
Michael Schaper
Christopher Hamilton
Zheng Wang
Tel:  (212) 909-6000
Fax:  (212) 909-6836
dhbernstein@debevoise.com
mschaper@debevoise.com
cjhamilt@debevoise.com
zwang@debevoise.com
*Attorneys for Plaintiff*
*Bayer Healthcare Inc.*

DATED:   New York, New York
               May 15, 2013

                                                /s/ Sarah E. Aberg
                                          SARAH E. ABERG