UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAYER HEALTHCARE LLC,<br><br>    Plaintiff/<br>    Counterclaim-Defendant,<br><br>    v.<br><br>SERGEANT'S PET CARE PRODUCTS, INC.,<br><br>    Defendant/<br>    Counterclaimant. | Case No. 13-cv-2501 (JSR)<br>ECF CASE |

## CERTIFICATE OF SERVICE

I, Sarah E. Aberg, hereby certify that, on May 15, 2013, I caused true and correct and unredacted copies of the annexed: (i) Memorandum in Opposition to Motion for Preliminary Injunction; (ii) Supporting Declaration of Tyler E. Baker; (iii) Supporting Declaration of Dr. Jacob Jacoby; (iv) Supporting Declaration of Amanda Van Auken; (v) Supporting Declaration of Dr. Robert Stewart; (vi) Supporting Declaration of Larry M. Nouvel; and (vii) Supporting Declaration of Edwin F. Tinsworth to be served on counsel for plaintiff/counter-defendant Bayer Healthcare LLC via electronic mail and hand delivery at the addresses below:

    David H. Bernstein (dhbernstein@debevoise.com)
    Michael Schaper (mschaper@debevoise.com)
    Christopher Hamilton (chamilton@debevoise.com)
    Zheng Wang (zwang@debevoise.com)
    Tel:  (212) 909-6000
    Fax:  (212) 909-6836
    *Attorneys for Plaintiff/Counter-Defendant*
    *Bayer Healthcare Inc.*

DATED:    New York, New York
                May 15, 2013

                                                      /s/ Sarah E. Aberg
                                                      SARAH E. ABERG