UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
BAYER HEALTHCARE LLC,                             :
:
:
Plaintiff/                                  :
Counter-defendant             :        Case No. 13-cv-2501 (JSR)
:
v.                                                :
:        **NOTICE OF APPEARANCE**
:        <u>**OF TYLER E. BAKER**</u>
SERGEANT'S PET CARE PRODUCTS, INC.,       :
:
Defendant                                   :
Counterclaimant.             :
------------------------------------------------------------ x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Tyler E. Baker of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Defendant Sergeant's Pet Care Products, Inc.  I hereby certify that I am admitted to practice in this Court.

Dated:  New York, New York         Respectfully submitted,
        May 16, 2013

                                   **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**


                                   By:  /s/ Tyler E. Baker
                                        Tyler E. Baker

                                        30 Rockefeller Plaza
                                        New York, New York 10112
                                        Telephone:  (212) 653-8700
                                        tbaker@sheppardmullin.com

                                        *Attorneys for Defendant Sergeant's Pet Care Products, Inc.*

## CERTIFICATE OF SERVICE

I, Tyler E. Baker, hereby certify that, on May 16, 2013, I caused true and correct copies of the annexed **Notice of Appearance of Tyler E. Baker,** to be served upon the following:

**VIA ECF**

David H. Bernstein
Michael Schaper
Christopher Hamilton
Zheng Wang
Tel:  (212) 909-6000
Fax:  (212) 909-6836
dhbernstein@debevoise.com
mschaper@debevoise.com
cjhamilt@debevoise.com
zwang@debevoise.com
*Attorneys for Plaintiff*
*Bayer Healthcare Inc.*

DATED:   New York, New York
         May 16, 2013

                                                 /s/ Tyler E. Baker
                                               TYLER E. BAKER