UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BAYER HEALTHCARE LLC,

               Plaintiff,

vs.

SERGEANT'S PET CARE PRODUCTS, INC.

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

13-cv-2501 (JSR)
ECF CASE

## ~~PROPOSED~~ ORDER

It is ordered that Bond No. 019042282 in the amount of $300,000 filed with the Court by plaintiff Bayer HealthCare LLC on May 29, 2013, pursuant to the May 24, 2013 Preliminary Injunction Order in the above-referenced action, is discharged in its entirety and to be returned to a representative of Debevoise & Plimpton LLP on Bayer's behalf. There will be no claims against the bond or Bayer HealthCare LLC by Sergeant's Pet Care Products, Inc. relating to the subject matter as to which Bayer HealthCare LLC posted the bond.

So ordered this 18th day of July, 2013.

_____
Hon. Jed S. Rakoff
United States District Judge